# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2928
_____

MICHAEL FITZSIMMONS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


July 23, 2025


PER CURIAM.

DISMISSED. *See Gilbert v. State*, 315 So. 3d 791 (Fla. 1st DCA 2021) ("As Florida Rule of Appellate Procedure 9.141(d) does not provide a vehicle to challenge postconviction appellate counsel's effectiveness, the petition is dismissed.").

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Michael Fitzsimmons, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.